UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 32203 8TH AVENUE SOUTH, FEDERAL WAY, WASHINGTON, KING COUNTY PARCEL NUMBER 1502410040, TOGETHER WITH THEIR BUILDINGS, IMPROVEMENTS, APPURTENANCES, FIXTURES, ATTACHMENTS AND EASEMENTS;  and<br><br>REAL PROPERTY LOCATED 12297 MARINE VIEW DRIVE SW, BURIEN, WASHINGTON KING COUNTY PARCEL NUMBER 7784400150, TOGETHER WITH THEIR BUILDINGS, IMPROVEMENTS, APPURTENANCES, FIXTURES, ATTACHMENTS AND EASEMENTS;<br><br><br>            Defendants. | NO. C12-1179 RSM<br><br>STIPULATED SETTLEMENT AGREEMENT |

STIPULATED SETTLEMENT AGREEMENT -- 1
United States v. 32203 8th Ave. S., Federal Way, WA

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Assistant United States Attorney Richard E. Cohen, and Claimants Byung Yim and Suh Sue Yim, by and through their counsel, Brian L. Parker, to the settlement of the above-captioned action according to the following terms:

1. The United States agrees to dismiss the civil forfeiture action against the real property located at 32203 8th Avenue South, Federal Way, Washington, King County parcel number 1502410040, together with its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as:

> Lot 4, Century Div. No 2, according to plat recorded in Volume 91 of Plats at Page(s) 15, records of King County, Washington.

2. In consideration for the United States dismissing the civil forfeiture against the above-referenced real property located at 32202 8th Avenue South, Claimant Byung Yim agrees to relinquish his claim to the real property located at 12297 Marine View Drive SW, Burien, Washington, King County parcel number 7784400150, together with its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as:

> LOT 21, BLOCK J, SHOREWOOD ADDITION NO. 3, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 41 OF PLATS, PAGE 15, RECORDS OF KING COUNTY, WASHINGTON
>
> SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON;

up to the sum of $316,000 in United States funds.

3.      The parties agree that Claimant Byung Yim will pay the sum of $316,000 in United States funds to the United States in lieu of final forfeiture of the real property located at 12297 Marine View Drive SW, and fund such payment through the sale of the real property 12297 Marine View Drive SW.

4.      The parties agree that Claimant Byung Yim will retain a local real estate agent based in the greater Seattle area to list and sell the defendant real property located at 12297 Marine View Drive SW.  The real estate agent with whom the defendant property will be listed will be chosen by Claimants, subject to approval of Plaintiff United States.

5.      Claimant Byung Yim agrees that he will list the real property located at 12297 Marine View Drive SW for sale with the Multiple Listing Service ("MLS") within ninety (90) days of the approval of this settlement agreement.  If the real property is not listed within this ninety (90) day period, Claimant Byung Yim agrees to a five percent (5%) interest rate per annum penalty, assessed on the $316,000 payment to be made to the United States, beginning on day ninety-one (91) and ending at closing, upon payment to the United States.

6.      Claimant Byung Yim agrees that he will sell the real property located at 12297 Marine View Drive SW within one hundred eighty (180) days from the approval of this settlement agreement.  If Claimant Byung Yim has not accepted an offer within one hundred eighty (180) days, he agrees to a five percent (5%) interest rate per annum penalty, assessed on the $316,000 payment to be made to the United States, beginning on day one hundred eighty one (181) and ending at closing, upon payment to the United States.

7. Claimant Byung Yim agrees that if the sale of the real property located at 12297 Marine View Drive SW has not closed within two hundred seventy (270) days from the approval of this settlement agreement, he agrees to a five percent (5%) interest rate per annum penalty, assessed on the $316,000 payment to be made to the United States, beginning on day two hundred seventy one (271) and ending at closing, upon payment to the United States.

8. Claimant Byung Yim agrees to maintain the real property during the pendency of sale, including the payments of property taxes, property insurance, and basic utilities and further agrees that he will not sell the real property located at 12297 Marine View Drive SW to Andrew Yim, Svetlana Yim, their agents, representatives, heirs, or any other individual acting on their behalf.

9. If at any time Claimant Byung Yim is incapable of performing his duties as part of this agreement, Plaintiff United States shall become responsible for the preparation, maintenance and sale of the real property located at 12297 Marine View Drive SW. Any costs associated with the preparation, maintenance and sale of the real property pursuant to the terms and conditions of this paragraph, will be deducted from the net proceeds of sale by the United States.

10. Plaintiff United States agrees to take all reasonable steps to assist in the completion of the sale of the real property located at 12297 Marine View Drive SW, including but not limited to filing with this Court, and recording with King County a Release of Lis

Pendens as to the real property located at 12297 Marine View Drive SW, immediately prior to the completion of the closing of said real property's sale.

11. Plaintiff United States further agrees that upon payment of the $316,000 in United States funds from the sale of 12297 Marine View Drive SW, and any interest due upon the terms of this agreement, the United States will file with this Court and record with King County a Release of Lis Pendens as to the real property located at 32203 8th Avenue South, Federal Way, to which the United States is dismissing its action.

12. Plaintiff United States agrees that upon the completion and closing of the sale of the real property located at 12297 Marine View Drive SW, and within ten (10) days of the payment of $316,000 in United States funds, plus any potential interest accrued pursuant to the terms of this agreement, Plaintiff United States will file a motion for final judgment of forfeiture as to the $316,000 in United States funds with this Court.

13. The parties agree and stipulate that Claimant Byung Yim will have until September 30, 2014 to complete the closing on the sale of the real property located at 12297 Marine View Drive SW. If the sale is not completed at this time, Claimant Byung Yim understands and agrees that the United States will take possession of and sell the real property located at 12297 Marine View Drive SW, retaining $316,000 in United States funds, plus any accrued interest pursuant to the above terms, and remit any remaining surplus of the net sales proceeds, after costs of sale have been paid, to Claimant Byung Yim.

14. The parties agree that upon the Court's approval, the trial date, currently set for December 2, 2013 is hereby stricken.

//

//

15. Each party agrees to bear its own costs and attorney's fees.

DATED this  13th day of   May   , 2013.

DATED:   5/13/13             s/ Richard E. Cohen
                             RICHARD E. COHEN
                             Assistant United States Attorney
                             700 Union Street, Suite 5220
                             Seattle, WA 98101-1271
                             (206) 553-2242; Fax (206) 553-6934
                             E-Mail: Richard.E.Cohen@usdoj.gov

DATED:   5/13/13             s/ Brian L. Parker
                             BRIAN L. PARKER
                             Attorney for Claimants Byung Yim and Suh Sue Yim
                             25845 164th Avenue SE
                             Covington, WA 98042
                             (253) 630-1657
                             E-Mail: Bplattorney@qwestoffice.net

STIPULATED SETTLEMENT AGREEMENT -- 6
United States v. 32203 8th Ave. S., Federal Way, WA

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

DATED:   5/13/13                  *s/ Byung Yim*
                                  BYUNG YIM
                                  Claimant

ORDER

This Stipulated Settlement Agreement, including all of its terms and conditions, is hereby approved. The trial date currently set for December 2, 2013, and all related deadlines are hereby stricken, pending further Order of the Court.

DATED this 16th day of May 2013.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED SETTLEMENT AGREEMENT -- 7
United States v. 32203 8th Ave. S., Federal Way, WA

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271